UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CARLOS ABREU,

                              Plaintiff,

                                                      <u>ORDER</u>

                                                       07-CV-6491L

                        v.

CORRECTION OFFICER MERSON, et al.,

                             Defendants.
_____

Plaintiff's motion for a default judgment against several defendants is denied. The declaration (Dkt. #32) of the Assistant Attorney General for an extension of thirty (30) days within which to answer or otherwise move against the complaint is granted.

IT IS SO ORDERED.

                                                _____
                                                   DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
        May 28, 2009.